IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


GERALD ANTHONY WRIGHT, #424861 §

VS. § CIVIL ACTION NO. 6:11cv207

WILLIAM H. BROOKS, ET AL. §

ORDER OF DISMISSAL

Plaintiff Gerald Anthony Wright, an inmate confined at the Coffield Unit of the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the lawsuit should be dismissed pursuant to 28 U.S.C. § 1915(g).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that the motion to proceed *in forma pauperis* (docket entry #2) is **DENIED**.

The Plaintiff may resume the lawsuit if he pays the entire filing fee of $350 within thirty days from

the entry of this Order.  It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 24th day of May, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**